PROB 12B
(7/93)

Report Date: October 9, 2008

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 1 0 2008

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Salas DeAnda         Case Number: 2:03CR00182-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Court Judge

Date of Original Sentence: 07/30/2004         Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)         Date Supervision Commenced: To be determined

Original Sentence: Prison - 63 months; TSR - 36 months         Date Supervision Expires: To be determined

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

19  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

20  You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

Mr. DeAnda is scheduled to release from BOP custody on October 21, 2008. He has expressed concerns to the undersigned officer that he "does not feel ready" to release to the community after only 30 days at the work-release facility (Geiger Corrections Center). He has requested the above modification to more adequately prepare for his release to the community. He has voluntarily signed the attached waiver of hearing after being advised of his right to a hearing before Your Honor.

In addition, the above modification to special condition #19, is respectfully requested in order to comply with the United States v. Stephens 424 F. 3d 876 (9th Cir. 205).

Prob 12B
Re: DeAnda, Robert Salas
October 9, 2008
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/9/08

Samuel Najera
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

10/10/08
Date