# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

November 24, 2008

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 575-5842 / fax (509) 454-5782

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO  Spokane

The Honorable Lonny R. Suko
U.S. District Court Judge
Eastern District of Washington
Yakima, WA

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 2   2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

**RE: De'Anda, Robert S.
Docket No.: 03CR00182-001
<u>REQUEST FOR RELEASE FROM
RESIDENTIAL REENTRY CENTER
(RRC) PLACEMENT</u>**

Dear Judge Suko:

Mr. De'Anda began his RRC placement on October 21, 2008. The purpose of the RRC placement was to allow Mr. De'Anda more time to prepare for his release to the community. Since beginning his RRC placement, Mr. De'Anda has found an appropriate release address, which was investigated by the undersigned, has maintained full-time employment, saved enough funds to purchase clothing and other basic necessities, and has had no issues relating to non-compliance.

He has consistently followed all rules and requirements of the RRC facility. He has been participating in drug testing since placement at the RRC facility, with no indication of illicit drug use. Based on the above factors, it appears Mr. De'Anda is taking steps to become a pro-social member of the community.

Therefore, the probation office would respectfully recommend Mr. De'Anda be released from the RRC program with all other conditions of supervised release to remain in effect. Please advise this officer should Your Honor require a different course of action or require a Court appearance by Mr. De'Anda.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

_____  11/24/08
Samuel Najera                Date
U.S. Probation Officer

APPROVED BY:

_____  11/24/08
Gayla S. Hunt               Date
Supervising U.S. Probation Officer

SN/csg

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[X] Other

_____
Signature of Judicial Officer

11/24/08
Date