PROB 12C
(7/93)

Report Date: March 8, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 09 2010

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Salas De'Anda        Case Number: 2:03CR00182-001

Current Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 07/30/2004

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 63 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: 10/21/2008 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: 10/20/2011 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on April 9, 2009.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On February 26, 2010, Mr. De'Anda was arrested for First Degree Burglary, in violation of RCW 9A.52.020(1)(B)DV, a class A felony; Second Degree Kidnapping, in violation of RCW 9A.40.030DV, a class B felony; Unlawful Imprisonment Domestic Violence, in violation of RCW 9A.40.040DV, a class C felony; and Fourth Degree Assault, in violation of 9A.36.041DV, a gross misdemeanor. The maximum penalty he faces is life imprisonment or a fine of $50,000 or both such confinement and fine. |
| | According to police report # 10-062850, following his release from custody, Mr. De'Anda went to the residence of his girlfriend's mother. Mr. De'Anda entered the residence without the home owner's permission and forced his girlfriend to leave with him, despite her telling him that she did not want to leave. Mr. De'Anda grabbed his girlfriend by the hair and took her from the residence to another location, where law enforcement was able to contact both of them. The above incident occurred in the presence of minor children. |

Prob12C
Re: De'Anda, Robert Salas
March 8, 2010
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 8, 2010

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

Signature of Judicial Officer

3/9/10
Date