PROB 12C
(7/93)

Report Date: January 19, 2011

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 19 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Salas De'Anda          Case Number: 2:03CR00182-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 07/30/2004

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 63 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: | 10/21/2008 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: | 10/20/2011 |

---

### PETITIONING THE COURT

#### To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On January 17, 2011, the defendant was booked into the Spokane County Jail on the charge of Residential Burglary (DV), in violation of RCW 9A.52.025(1)DV. Residential burglary is a Class B felony in the State of Washington. Mr. De'Anda had an initial appearance in Spokane County Superior Court on January 18, 2011. He is currently being held on a $15,000 bond. It should be noted the victim of the alleged offense has an active no-contact order against the defendant.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 01/19/2011 |
| | s/Matthew L. Thompson |
| | Matthew L. Thompson<br>U.S. Probation Officer |

Prob12C
Re: De'Anda, Robert Salas
January 19, 2011
Page 2

## THE COURT ORDERS

[  ]  No Action
[ ✔ ]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[  ]  Other

_____
Signature of Judicial Officer

1/19/11
_____
Date